FILED'09 NOV 24 12:13 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

LEROY KNARR,
        Plaintiff,

                                                  CV# 08-832-BR

vs.

                                                  ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,
        Defendant.

        Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5042.15 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  Attorney fees are payable to Plaintiff's attorney.  The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310.   No costs or expenses are to be paid.

        DATED this 24 day of November, 2009.

                                Anna J. Brown
                                United States District Judge